UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOSHUA LEVI SMITH,

Plaintiff,

v.

TOSHA HICKEY, OISC policy manager; TASHA PETERSON, OISC administrator; JUSTIN COONCE, OISC prison term analyst,

Defendants.

Case No. 6:26-cv-01284-MC

**ORDER GRANTING VOLUNTARY DISMISSAL**

---

MCSHANE, Chief Judge.

Plaintiff, an adult in custody (AIC) with the Oregon Department of Corrections (ODOC), filed this action pursuant to 42 U.S.C. § 1983 and alleged violations of his rights to due process. Defendants moved to dismiss this action, and Plaintiff now moves for voluntary dismissal.

I find dismissal without prejudice appropriate in this case, and Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 17) is GRANTED. This action is DISMISSED without prejudice and all pending motions (ECF Nos. 12, 13, 14) are DENIED as moot.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED this 9th day of November, 2026.

s/ Michael J. McShane
MICHAEL J. MCSHANE
United States District Judge